**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 19, 2007

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:  Keith Braswell**
**Anthony Smiley, Sr.**
**Roderick Underwood**

**From:   Clerk's Office**

**Case Style:  Keith Braswell, et al. v. Richard Allen, et al.**
**Case Number:  2:07-cv-833-MEF**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statements have been filed by the plaintiffs in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**