**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KEITH BRASWELL, ANTHONY SMILEY, and RODERICK UNDERWOOD )<br><br>Plaintiff, )<br><br>v. )<br>)  CASE NO.: 2:07-CV-00833<br>RICHARD ALLEN et al., )<br><br>Defendant. ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW, the Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

All Plaintiffs are individuals.

Respectfully submitted this the 19th day of September, 2007.

s/ANDY NELMS
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 19th day of September, 2007.

Richard Allen
Charles Hadley

                                                s/ANDY NELMS
                                                K. ANDERSON NELMS (NEL022)
                                                P.O. Box 5059
                                                Montgomery, AL 36103
                                                Phone: (334) 263-7733
                                                Fax: (334) 832-4390
                                                andynelms@jaylewislaw.com
                                                ASB-6972-E63K