| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you<br>■ Attach this card... | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9-7-07 |
| 1. A:<br>Alabama Department of Corrections<br>301 S. Ripley Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 07cv 833MEFsrc | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0000 1377 7396 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |