IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN_____ DIVISION

KEITH BRASWELL, et al.

_____,      )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CASE NO. 2:07-cv-833-MEF
                                        )
RICHARD ALLEN, et al.                   )
                                        )
_____,      )
                                        )
        Defendants,                     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Allen_____, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____              _____

_____              _____

_____              _____


11/28/2007                                 /s/ Tara S. Knee
_____              _____
Date                                       (Signature)

                                           Tara S. Knee
                                           _____
                                           (Counsel's Name)

                                           Richard Allen
                                           _____
                                           Counsel for (print names of all parties)
                                           P.O. Box 301501
                                           _____
                                           Montgomery, AL 36130
                                           _____
                                           Address, City, State Zip Code
                                           334-353-3881
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by CM/ECF_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 28th____day of November____ 20 07, to:

K. Anderson Nelms, Esq.

Law Offices of Jay Lewis, LLC

11/28/2007_____          /s/ Tara S. Knee_____
          Date                                    Signature