﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Keith Braswell, Anthony Smiley, SR and Roderick Underwood

V.

Richard Allen, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV- 833-MEF

TO: (Name and address of Defendant)

Charles Hadley
1290 Red Eagle Rd
Montgomery, AL 36110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andy Nelms
Law Office of Jay Lewis
847 S. McDonough Suite 100
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  9-18-07

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03-04-2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MERVIN CRAIG | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 108 MILDRED ST., COLUMBIANA, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-04-2008
             Date

Signature of Server

703 GARDNER RD, GRADY, AL 36036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.