IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRASWELL, et al.

Plaintiff,

v.

ALLEN, et al.

Defendants,

CASE NO. 2:07-cv-833-MEF

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Charles Hadley, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity          Relationship to Party

3/25/2008
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Charles Hadley and Richard F. Allen
Counsel for (print names of all parties)
P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code
334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of March 2008, to:

Keith Anderson Nelms

3/25/2008
Date

/s/ Tara S. Knee
Signature