IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KEITH BRASWELL, et al.,** ) | |
| ) | |
| v. ) | Case No.:   2:07-cv-00833-MEF-TFM |
| ) | |
| **RICHARD ALLEN,** ) | |
| **CHARLES HADLEY,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Tara S. Knee and withdraws her name as counsel of record for the above-named Defendants on the grounds that she is no longer employed by the Alabama Department of Corrections, and that Albert S. Butler, Esq. will continue to represent said Defendants.

Therefore, no further notices regarding this case need to be sent to Tara S. Knee.

Respectfully submitted this the 21st day of August 2008.

                                                s/ Tara S. Knee
                                              TARA S. KNEE                    (KNE003)

OF COUNSEL:
ALABAMA STATE PERSONNEL DEPARTMENT
Folsom Administrative Building
64 N. Union Street, Suite 316
Montgomery, Alabama 36130
Telephone:   (334) 353-0046
Facsimile:   (334) 353-4481
Email:         Tara.Knee@personnel.alabama.gov

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing pleading upon the following by placing same in the United States Mail, first class postage prepaid, and properly addressed on August 21, 2008:

Keith Anderson. Nelms, Esq.
Anderson Nelms & Associates
2005 Cobbs Ford Road, 301A
Prattville, Alabama 36066


                s/ Tara S. Knee
                OF COUNSEL