IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH BRASWELL, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-833-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #19) filed on August 21, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of August, 2008.

                                                    /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE