IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH BRASWELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:07-CV-833 |
| RICHARD ALLEN, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

    **COMES** NOW the undersigned counsel, Bart Harmon, and enters his appearance as lead counsel on behalf of Defendants, Richard Allen, Commissioner of the Alabama Department of Corrections and Charles Hadley, Former Warden at Red Eagle Honor Farm in the above-styled case.  Al Butler continues to be additional counsel.  Former counsel Tara Knee has moved for withdrawal as counsel of record, and that motion has been granted [Doc # 20]

    Dated this the 4th day of September, 2008.

Respectfully submitted,

Kim T. Thomas (THO115)
General Counsel

/s/ Bart Harmon
Bart Harmon (HAR127)
Assistant General Counsel

**OF COUNSEL**:
Alabama Department of Corrections
Legal Division
P. O Box 301501
Montgomery, Alabama 36130
PHONE: (334) 353-4859
FAX: (334) 353-3891

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

K. Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
Attorney for the Plaintiffs
847 South McDonough Street, Suite 100
Montgomery, AL 36104

/s/ Bart Harmon
Bart Harmon (HAR127)
Assistant General Counsel